**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-10-00474-CR**
_____

**LEWIS BOOKMAN JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. 20671**

_____

**MEMORANDUM OPINION**

A jury convicted Lewis Bookman Jr. of aggravated assault with a deadly weapon. The trial court sentenced him to seventeen years in prison. Bookman's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from him. We have reviewed the appellate record and agree with counsel's conclusion. It is unnecessary to order appointment of new counsel to re-brief

1

the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The

trial court's judgment is affirmed.

     AFFIRMED.


                                       _____

                                       DAVID GAULTNEY
                                          Justice

Submitted on December 27, 2012
Opinion Delivered January 23, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.